UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERICA KINSMAN,

    Plaintiff,

v.

JAMEIS WINSTON,

    Defendant.

CASE NO. 6:15-cv-696-Orl-22GJK

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d) and the Court's May 7, 2015 Related Case Order (Doc. 4), I certify that the instant action:

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    Office for Civil Rights, U.S. Department of Education, Case No. OCR 04-14-2310 (complaint against Florida State University received Mar. 6, 2014; agency investigation opened on Apr. 3, 2014; currently pending);

    *Kinsman v. The Fla. State Univ. Bd. of Trustees*, Case No. 6:15-cv-16-Orl-31KRS (M.D. Fla. 2015), which was transferred to the Northern District of Florida and now bears Case No. 4:15-cv-235-MW/CAS (N.D. Fla. 2015); and

    *Kinsman v. Winston*, Case No. 2015-CA-003449-O (Fla. 9th Cir. Ct. 2015).[1]

____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

---

[1] This is the instant case, which was removed to this Court on May 1, 2015. (Doc. 1).

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  May 8, 2015

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 8, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Thomas A. Zehnder
David B. King
Florida Bar No.: 0093426
Thomas A. Zehnder
Florida Bar No.: 0063274
Taylor F. Ford
Florida Bar No.: 0041008
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone:  (407) 422-2472
Facsimile:  (407) 648-0161
Email:  dking@kbzwlaw.com
Email:  tzehnder@kbzwlaw.com
Email:  tford@kbzwlaw.com

Baine Kerr (Colorado Bar No.:  9797)[*]
John Clune (Colorado Bar No.:  27684)[*]
Lauren E. Groth (Colorado Bar No.:  47413)[*]
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO  80302
Telephone:  (303) 442-6514
Facsimile:  (303) 442-6593
Email:  kerr@hbcboulder.com
Email:  clune@hbcboulder.com
Email:  groth@hbcboulder.com

*(Motions to appear pro hac vice forthcoming)*

*Counsel for Plaintiff*