UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:15-cv-696-PGB-GJK

ERICA KINSMAN,

    Plaintiff/Counter-Defendant,

v.

JAMEIS WINSTON,

    Defendant/Counter-Plaintiff.

_____/

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff/Counter-Defendant, Erica Kinsman, and Defendant/Counter-Plaintiff, Jameis Winston, by and through their respective undersigned counsel, pursuant to Rule 41, Fed. R. Civ. Pro., move for entry of an order dismissing this action, including the counterclaim, with prejudice, with each party to bear his or her own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *John A. Boudet* | /s/ *David B. King* |
| John A. Boudet, Esq. | David B. King, Esq. |
| Florida Bar No. 515670 | Florida Bar No. 0093426 |
| john.boudet@gray-robinson.com | dking@kbzwlaw.com |
| Mayanne Downs, Esq. | Thomas A. Zehnder, Esq. |
| Florida Bar No. 754900 | Florida Bar No. 0063274 |
| mayanne.downs@gray-robinson.com | tzehnder@kbzwlaw.com |
| Shayne A. Thomas, Esq. | Taylor F. Ford, Esq. |
| Florida Bar No. 585025 | Florida Bar No. 0041008 |
| shayne.thomas@gray-robinson.com | tford@kbzwlaw.com |
| Jason Zimmerman, Esq. | King, Blackwell, Zehnder & Wermuth, P.A. |
| Florida Bar No. 104392 | P.O. Box 1631 |
| jason.zimmerman@gray-robinson.com | Orlando, Florida 32802-1631 |
| GrayRobinson, P.A. | Telephone:  (407) 422-2472 |
| 301 East Pine Street, Suite 1400 | Facsimile:  (407) 648-0161 |
| Orlando, Florida 32801 | *Co-Counsel for Plaintiff/Counter-Defendant* |
| Telephone:  407.843.8880 | |
| Facsimile:  407.244.5690 | |
| *Counsel for Defendant/Counter-Plaintiff* | |

/s/ *John Clune*
Baine P. Kerr, Esq.
Colorado Bar No. 9797
John Clune, Esq.
Colorado Bar No. 27684
Lauren E. Groth, Esq.
Colorado Bar No. 47413
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, Colorado 80302
Telephone:  (303) 442-6514
*Co-Counsel for Plaintiff/Counter-Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2017, a true and correct copy of the foregoing was furnished via email to:  David B. King, Esq. (dking@kbzwlaw.com), Thomas A. Zehnder, Esq. (tzehnder@kbzwlaw.com), and Taylor F. Ford, Esq. (tford@kbzwlaw.com), and to Baine Kerr, Esq. (kerr@hbcboulder.com), John Clune, Esq. (clune@hbcboulder.com), and Lauren E. Groth, Esq. (groth@hbcboulder.com).

/s/ *John A. Boudet*
John A. Boudet

\232469\2 - # 10396809 v1