**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERICA KINSMAN,

        Plaintiff,

v.                                        Case No:  6:15-cv-696-Orl-40GJK

JAMEIS WINSTON,

        Defendant.
_____/

## ORDER

This cause is before the Court upon review of the Joint Motion to Dismiss with Prejudice (Doc. 83) filed on January 13, 2017.  The parties move for entry of an order dismissing this action, including the counterclaim, with prejudice, with each party to bear his or her own attorney's fees and costs.  The motion is **GRANTED**.  This matter is **DISMISSED with Prejudice**.  Each party is to bear their own attorney's fees and costs.  The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 17, 2017.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties